JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL MONDAY, by and through his Guardian Ad Litem, Ralph Monday, individually,<br><br>    Plaintiff,<br><br>    v.<br><br>JIM MCDONNELL; COUNTY OF LOS ANGELES; COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT; ARAM KESHISHYAN; and DOES 1-10,<br><br>    Defendants. | No.   CV 16-4040 PA (AJWx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's July 14, 2016, September 23, 2016, and November 30, 2016 Minute Orders that dismissed without leave to amend the federal claims asserted by plaintiff Darnell Monday ("Plaintiff") against defendants Jim McDonnell, County of Los Angeles, Los Angeles Sheriff's Department, and Aram Keshishyan (collectively "Defendants") and declined to exercise supplemental jurisdiction over Plaintiff's remaining state law claims and dismissing those claims without prejudice,

//

//

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's federal claims are dismissed without leave to amend and Plaintiff's remaining state law claims are dismissed without prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing on his federal claims and that Defendants shall have their costs of suit.

DATED: December 1, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE